**Kevin Jessie WALKER, Petitioner–Appellant,**

v.

**Linda SANDERS, Warden, Respondent–Appellee.**

No. 09–56380.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 1, 2010.

Kevin Jessie Walker, Lompoc, CA, pro se.

Donna Ford, Michael J. Raphael, Esquire, Assistant U.S., Office of U.S. Attorney, Los Angeles, CA, for Respondent–Appellee.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Federal prisoner Kevin Jessie Walker appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 habeas petition as moot. We have jurisdiction under 28 U.S.C. § 2253, and we affirm the district court.

Walker contends that the district court erred by dismissing his habeas petition seeking immediate transition to a Residential Reentry Center (RRC). The record reflects that Walker is currently placed at an RRC and that his projected release date is July 16, 2010. Thus, there is no injury that can be redressed by a favorable decision, and the case is moot. *See Burnett v. Lampert,* 432 F.3d 996, 999–1001 (9th Cir.2005); *see also Munoz v. Rowland,* 104 F.3d 1096, 1097–98 (9th Cir.1997) (noting that, "[b]ecause Munoz has been released from the [secured housing unit], we can no longer provide him the primary relief sought in his habeas corpus petition").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

